Donald LORD, petitioner, v. FARM CREDIT BANK OF SAINT PAUL, fka Federal Land Bank of St. Paul and Richard Hobl.   No. 91–539.

Supreme Court of the United States.

Petition for writ of certiorari to the Supreme Court of Wisconsin.

Nov. 18, 1991. Denied.